In The

# United States Court of Appeals

### For The Fourth Circuit

**CAMILLE SEDAR,**

*Plaintiff - Appellant,*

**v.**

**RESTON TOWN CENTER PROPERTY, LLC;
BOSTON PROPERTIES LIMITED PARTNERSHIP,**

*Defendants – Appellees,*

**and**

**BOSTON PROPERTIES, INC.; BEACON CAPITAL PARTNERS LLC,**

*Defendants,*

**v.**

**CDA INCORPORATED, d/b/a MaxSent,**

*Third Party Defendant.*

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## AT ALEXANDRIA

---

## JOINT APPENDIX
## VOLUME IV OF IV – DVD
## (Pages 1047 – 1047)

---

David J. Sensenig
Andrew R. Park
PARK SENSENIG LLC
2310 West Main Street
Richmond, Virginia 23220
(804) 417-6085

David D. Hudgins
HUDGINS LAW FIRM, P.C.
2331 Mill Road, Suite 100
Alexandria, Virginia 22314
(703) 837-3206

Joseph P. Moriarty
WILLCOX & SAVAGE, PC
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757) 628-5502

*Counsel for Appellant*          *Counsel for Appellees*          *Counsel for Appellees*

THE LEX GROUP ♦ 1108 East Main Street ♦ Suite 1400 ♦ Richmond, VA 23219
(804) 644-4419 ♦ (800) 856-4419 ♦ Fax: (804) 644-3660 ♦ www.thelexgroup.com

# TABLE OF CONTENTS
## VOLUME I OF IV

**Appendix Page**

**Docket Entries**.............................................................................................1

**Complaint**
        filed August 8, 2018..............................................................................8

**Order of**
**The Honorable Theresa Carroll Buchanan**
**Re:  Granting Joint Motion to Substitute Party**
        filed October 5, 2018 .......................................................................... 13

**Defendant Boston Properties Limited Partnership and Reston Town Center**
**Property, LLC's Answer and Third Party Compliant Against CDA**
**Incorporated, D/B/A Maxsent,**
**With Attachments,**
        filed October 17, 2018........................................................................ 14

        **Attachments:**

        **Complaint**
                dated August 8, 2018.........................................................27

        **Agreement to Provide Services for Security Guard Services between**
        **Boston Properties Limited Partnership, a Delaware Limited Partnership**
        **and CDA Inc. dba MaxSent**
                dated April 2, 2015 ........................................................32

**List of Uncontested Facts**
        filed June 26, 2019 ...............................................................................72

**Defendant's Motion for Summary Judgment**
        filed July 12, 2019................................................................................75

**Defendants' Memorandum in Support of Motion for Summary Judgment**
        filed July 12, 2019................................................................................77

Statement of Material Facts as to Which there is no Genuine Issue, With Exhibits,

     filed July 12, 2019 ................................................................. 90

<u>Exhibits:</u>

A.    **First Amendment to Agreement to Provide Services**
             **dated June 9, 2016** ................................................ 96

B.    **Excerpts of Transcripts of Deposition of Michael Blanchette**
             **on June 19, 2019** ................................................ 147

             Examination ........................................................ 151

C.    **MaxSent Incident Report**
             **dated November 15, 2016** .................................... 179

D.    **Excerpts of Transcripts of Deposition of Camile Sedar**
             **on May 9, 2019** .................................................. 184

             Examination ........................................................ 188

E.    **Excerpts of Transcripts of Deposition of David Buchanan**
             **on May 29, 2019** ................................................ 208

             Examination ........................................................ 212

F.    **Excerpts of Transcripts of Deposition of Robert Rapanut**
             **on May 29, 2019** ................................................ 248

             Examination ........................................................ 253

G.    **Excerpts of Transcripts of Deposition of Karen Dibella**
              **on May 29, 2019** ................................................ 300

             Examination ........................................................ 304

**Exhibits, continued:**

H.    **Excerpts of Transcripts of Deposition of Damien Keer**
        on May 29, 2019 ........................................................ 340

        Examination ................................................................ 344

I.    **Photograph**
        undated ....................................................................... 364

J.    **Excerpts of Transcripts of Deposition of Anthony Swartz**
        on June 19, 2019 ........................................................ 365

        Examination ................................................................ 369

K.    **Third Party Defendants' Answer and Objections to Plaintiff's First Interrogatories and Requests for Production of Documents**
        dated March 13, 2019 ................................................ 401

L.    **Third Party Defendant's Answer and Objections to Plaintiff's First Interrogatories and Requests for Production of Documents**
        undated ....................................................................... 406

M.    **Defendant's Answer to Interrogatories**
        dated March 1, 2019 .................................................. 410

N.    **Excerpts of Transcripts of Deposition of Denise Hogan**
        on June 13, 2019 ........................................................ 417

        Examination ................................................................ 421

# TABLE OF CONTENTS
## VOLUME II OF IV

**Appendix Page**

**Exhibits to Defendants' Memorandum in Support of
Motion to Exclude Expert Testimony**
     filed July 12, 2019:

    1.    **Dano Holland's Report with a Statement of
Proposed Opinions, and basis and Reasons for them**
           **dated April 15, 2019** ........................................................................ 429

    2.    **Dano Holland's Rebuttal Report**
           **dated May 30, 2019** ......................................................................... 469

    3.    **Transcript of Deposition of Dano Holland**
           **on June 18, 2019** .............................................................................. 484

           **Examination** ..................................................................................... 487

**Exhibits to Plaintiff's Memorandum in Opposition to
Defendants' Motion Exclude Expert Testimony**
     filed July 26, 2019:

    1.    **Dano Holland, P.E. Curriculum Vitae**
           **updated April 11, 2019** ................................................................... 573

    2.    **Experts of Transcript of Dano Holland**
           **on June 18, 2019** .............................................................................. 576

           **Examination** ..................................................................................... 577

    12.    **Redacted Emails between Todd Pattison and Mike Blanchette**
           **dated December 27, 2018** ............................................................... 589

**Plaintiff's Memorandum in Opposition to**
**Defendants' Motion for Summary Judgment**
  **filed July 26, 2019** ...................................................................... 591

<u>**Exhibits**</u>**:**

**A.**    **Excerpts of Transcripts of Deposition of Davida Buchanan**
          **on May 29, 2019** ...................................................... 629

          Examination ........................................................ 634

**B.**    **Excerpts of Transcripts of Deposition of Robert Rapanut**
          **on May 29, 2019** ...................................................... 701

          **Examination** ........................................................ 706

# TABLE OF CONTENTS
## VOLUME III OF IV

**Appendix Page**

**Plaintiff's Memorandum in Opposition to
Defendants' Motion for Summary Judgment
    filed July 26, 2019, continued,**

**Exhibits, continued:**

C.     Excerpts of Transcripts of Deposition of Camille Sedar
            on May 9, 2019 ....................................................................... 749

            Examination .......................................................................... 754

D      Photograph
            undated ................................................................................ 765

E.     Photographs
            undated ................................................................................ 766

F.     Photographs
            undated ................................................................................ 769

G.     Excerpts of Transcripts of Deposition of Karen Dibella
            on May 29, 2019 ................................................................... 773

H.     Excerpts of Transcripts of Deposition of Anthony Swartz
            on June 19, 2019 .................................................................. 789

            Examination .......................................................................... 794

I.     Excerpts of Transcripts of Deposition of Damien Kerr
            on May 29, 2019 ................................................................... 837

            Examination .......................................................................... 842

**Exhibits,** continued:

J.  Letter to
    Andrew R. Park from
    John A. Bruno
    Orthopedic Medicine of Alexandria, Ltd.
    Re: Consult for Camille Sedar
        dated April 14, 2019 .................................................. 865

K.  Affidavit of Camille Sedar
        sworn July 24, 2019 .................................................. 891

L.  Affidavit of Dano Holland,
    With Attachments,
        sworn July 26, 2019 .................................................. 894

M.  Excerpts of Transcripts of Deposition of Dano Holland
        on June 18, 2019 ..................................................... 928

        Examination .......................................................... 931

N.  Excerpts of Transcripts of Deposition of Michael Blanchette
        on June 19, 2019 ..................................................... 944

        Examination .......................................................... 949

O.  Redacted Emails between Todd Pattison and Mike Blanchette
        dated December 27, 2018 ............................................. 972

P.  MaxSent Incident Report
        dated November 5, 2016 .............................................. 974

Q.  Excerpts of Transcripts of Deposition of Denise Hogan
        on June 13, 2019 ..................................................... 979

        Examination .......................................................... 984

R.  Affidavit of Dano Holland,
    With Attachments,
        sworn July 26, 2019 .................................................. 995

**Exhibits**, continued:

    S.    **Photograph**
            undated ..........................................................................1012

    T.    **Photograph**
            undated ..........................................................................1013

    U.    **Photograph**
            undated ..........................................................................1014

    V.    **Virginia Construction Code**
            effective July 14, 2014 .........................................................1019

**Defendant's Reply to Plaintiff's Opposition to Motion for Summary Judgment, With Attachment,**
    filed August 1, 2019 ..................................................................1024

    Attachment:

    *Harold B. Holbrook v. Deborah S. Davidson*, No. 2:13-cv-00027
        decided January 15, 201 .............................................1032

**Order of**
**The Honorable Claude M. Hilton**
**Re:  Granting Plaintiff's Motion for Leave to File Video as an Exhibit**
    filed August 5, 2019.................................................................1037

**Order of**
**The Honorable Claude M. Hilton**
**Re:  Granting Defendants' Motion for Summary Judgment**
    filed August 22, 2019...............................................................1038

**Plaintiff's Notice of Appeal**
    filed September 4, 2019............................................................1044

# TABLE OF CONTENTS
## VOLUME IV OF IV – DVD

**Appendix Page**

**Video taken by Damien Kerr of Trip and**
**Fall Scene at Reston Town Center**
         **undated** ................................................................................1047

**Video taken by Damien Kerr of Trip and**
**Fall Scene at Reston Town Center**
**undated**